

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Vernon Lee Willis Jr.,

\* From the County Court
of Eastland County,
Trial Court No. 1700356.

Vs. No. 11-20-00083-CR

\* March 24, 2022

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Trotter, J.,
Williams, J., and Wright, S.C.J.,
sitting by assignment)
(Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and we render a judgment of acquittal.